# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PUMPKIN PATCH LLC, [1] ) | Case No. 09-12200 (BLS) |
| ) | |
| Debtor. ) | |

### *AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 7, 2010 AT 10:15 A.M.[2]

## *PURSUANT TO THE COURT'S INSTRUCTION, THIS HEARING HAS BEEN CANCELLED.*

**MATTERS GOING FORWARD**

1. First Notice of Satisfaction of Claims, filed July 23, 2010 [Docket No. 332].

Response Deadline: August 25, 2010 at 5:00 p.m. (EDT)

Responses Received:

A. Informal Response of Macerich Westside Limited Partnership – Continued.

Status: This matter will go forward as to all claims in which no responses have been received. This matter will be continued as to Item A until October 25, 2010 at 10:15 a.m.

---

[1] The last four digits of Pumpkin Patch LLC's federal tax identification number are 4007. The mailing address for Pumpkin Patch LLC is 1112 Montana Ave., #455, Santa Monica, CA 90403.

[2] All telephonic court appearances must be arranged through CourtCall, LLC (T: 866-582-6878 or F: 866-533-2946). The hearing will take place before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

2. First Omnibus Objection of the Debtor to Claims Pursuant to 11 U.S.C. Section 502(b), Fed. R. Bankr. P. 3003 and 3007 and Local Rule 3007-1 (Non-Substantive), filed July 23, 2010 [Docket No. 333].

**Related Documents:**

**i. Certification of Counsel Regarding First Omnibus Objection of the Debtor to Claims Pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3003 and 3007, and Local Rule 3007-1 (Non-Substantive), filed September 2, 2010 [Docket No. 350].**

Response Deadline: August 25, 2010 at 5:00 p.m. (EDT)

Responses Received:

A. Informal Response of UBS Realty Investor LLC as Agent - Resolved.

Status: This matter will go forward as to all claims in which no responses have been received. The Debtor will withdraw its objection as to Item A above.

3. Second Omnibus Objection of the Debtor to Claims Pursuant to 11 U.S.C. Section 502(b), Fed. R. Bankr. P. 3003 and 3007 and Local Rule 3007-1 (Substantive), filed July 23, 2010 [Docket No. 333].[3]

**Related Documents:**

**i. Certification of Counsel Regarding First Omnibus Objection of the Debtor to Claims Pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3003 and 3007, and Local Rule 3007-1 (Non-Substantive), filed September 2, 2010 [Docket No. 350].**

Deadline: August 25, 2010 at 5:00 p.m. (EDT)

Responses Received:

A. Informal Response of the City and County of Denver/Treasury – Resolved.

Status: This matter will go forward as to all claims in which no responses have been received. The Debtor will submit a revised order to reflect the resolution of Item A above.

---

[3] Copies of the proofs of claim were previously submitted to the Court on August 18, 2010.

Dated: September 2, 2010

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

/s/ Thomas M. Horan
Mark L. Desgrosseilliers (DE Bar No. 4083)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: mdesgrosseilliers@wcsr.com
E-mail: thoran@wcsr.com

-and-

Dennis J. Drebsky
**NIXON PEABODY LLP**
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

Lee Harrington (DE Bar No. 4046)
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-6016
Facsimile: (866) 741-0618

*Counsel for the Debtor and Debtor-in-Possession*